IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:19-CR-083-M |
| JEREMY SCROGGINS (3) | |

## INFORMATION

The United States Attorney Charges:

**Count One**
Misprision of a Felony
[Violation of 18 U.S.C. § 4]

On or about the 9th day of January, 2015, in the Dallas Division of the Northern District of Texas, the defendant, **Jeremy Scroggins**, having actual knowledge of the commission of a felony cognizable by a court of the United States, to wit, Conspiracy to Commit Bribery Concerning Programs Receiving Federal Funds, in violation of 18 U.S.C. § 371, did conceal the same by using his not-for-profit company to funnel a bribe payment from Ruel M. Hamilton to Dallas City Council Member Carolyn Rena Davis made in furtherance of Hamilton's and Davis's conspiracy, and **Scroggins** did not as soon as possible make known the federal crime of Conspiracy to Commit Bribery to some federal judge or some other federal civil or military authority.

All in violation of 18 U.S.C. § 4.

ERIN NEALY COX
UNITED STATES ATTORNEY


/s/ Marcus Busch
MARCUS BUSCH
Assistant United States Attorney
Texas Bar No. 03493300
ANDREW O. WIRMANI
Assistant United States Attorney
Texas Bar No. 24052287
1100 Commerce Street, Third Floor
Dallas, Texas  75242-1699
Tel:  214.659.8600
Fax: 214.659.8809

**Information - Page 2 of 2**