IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 3:19-CR-083-M |
| | § | |
| JEREMY SCROGGINS, | § | |
| | § | |
| Defendant. | § | |

### UNOPPOSED MOTION TO REQUEST A CONTINUANCE OF THE SENTENCING HEARING AND RELATED DEADLINES

COMES NOW, Defendant JEREMY SCROGGINS (Mr. Scroggins), and hereby moves this Court to grant a continuance of the sentencing hearing and related deadlines. In support, undersigned Counsel shows the following:

Ruel M. Hamilton's trial was reset for November 2, 2020, and Mr. Scroggins's sentencing is currently set for October 6, 2020. Accordingly, Counsel for Mr. Scroggins requests a ninety-(90) day continuance. The ends of justice would be better served if a continuance of the sentencing hearing and related deadlines is granted.

WHEREFORE, undersigned Counsel respectfully requests that this motion for continuance of the sentencing hearing and related deadlines be granted.

Respectfully submitted,

JASON HAWKINS
Federal Public Defender
Northern District of Texas


*/s/ Stephen J. Green*
STEPHEN J. GREEN
Assistant Federal Public Defender
Northern District of Texas
Texas Bar # 24082163
525 Griffin Street, Suite 629
Dallas, Texas 75202
Phone (214) 767-2746
Fax (214) 767-2886
stephen_green@fd.org


**CERTIFICATE OF CONFERENCE**

I certify that on August 11, 2020, I conferred with Assistant United States Attorney, Andrew Wirmani, concerning the foregoing motion and he does not oppose to the filing and granting of said motion.

*/s/ Stephen J. Green*
STEPHEN J. GREEN


**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2020, I electronically filed the foregoing document using the Court's CM/ECF system, thereby providing service on attorneys of record.

*/s/ Stephen J. Green*
STEPHEN J. GREEN